Noel BACHLER *v.* STATE of Arkansas

CR 84-116                                          680 S.W.2d 688

Supreme Court of Arkansas
Opinion delivered November 13, 1984

*Jeff Duty*, for appellant.

*Steve Clark*, Att'y Gen., by: *Leslie M. Powell*, Asst. Att'y Gen., for appellee.

PER CURIAM. This case is similar to and controlled by the opinion in *Rodney Long* v. *State*, 284 Ark. 21, 680 S.W.2d 686 (1984). The judgment is affirmed.

Debra RUSHER *v.* STATE of Arkansas

CR 84-118                                          677 S.W.2d 855

Supreme Court of Arkansas
Opinion delivered November 13, 1984

*Jeff Duty*, for appellant.

*Steve Clark*, Att'y Gen., by: *Marci L. Talbot*, Asst. Att'y Gen., for appellee.

PER CURIAM. This case is similar to and controlled by the opinion in *Terry Lovell, et al* v. *State*, 283 Ark. 425, 678 S.W.2d 318 (1984). The judgment is accordingly affirmed.